# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0214.  TED JEFFERSON v. THE STATE.**

A jury found Ted Jefferson guilty of two counts each of armed robbery (Counts 1-2) and aggravated assault (Counts 4-5) and one count each of kidnapping with bodily injury (Count 3), burglary (Count 6), and possession of a firearm during the commission of a crime (Count 7).  The trial court imposed a sentence of life in prison on Count 3, concurrent 20-year sentences on Counts 1-2 and 4-6, and a consecutive 5-year sentence on Count 7.  Jefferson filed a motion for a new trial, which the trial court granted as to Counts 1 and 2 and denied as to the remaining counts.  Jefferson then filed this direct appeal.  We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below."  A trial court order granting a motion for a new trial is a non-final order, leaving the case pending before the trial court.  See *State v. Ware*, 282 Ga. 676, 677 (653 SE2d 21) (2007), superseded in part on other grounds by statute, Ga. L. 2011, pp. 612-613, § 1 (codified at OCGA § 5-7-2); see also *Prather v. State*, 303 Ga. App. 374, 375 & n. 5 (693 SE2d 546) (2010).  Consequently, because this action remains pending below, Jefferson was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order at issue here.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383

SE2d 906) (1989).  His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Boyd*, 191 Ga. App. at 435.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   09/11/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*